IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lauf, Mary N | Case Number:  05 B 10508 |
| | Judge:  Squires, John H |
| Printed:  7/8/08 | Filed:  3/23/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed:  June 20, 2008
Confirmed:  May 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 22,817.75 | |
| Secured: | | 0.00 |
| Unsecured: | | 20,513.35 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1,086.65 |
| Other Funds: | | 1,217.75 |
| Totals: | 22,817.75 | 22,817.75 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | James R Scheibel | Administrative | 0.00 | 0.00 |
| 2. | ECast Settlement Corp | Unsecured | 4,820.59 | 9,708.04 |
| 3. | ECast Settlement Corp | Unsecured | 585.48 | 1,179.09 |
| 4. | Portfolio Recovery Associates | Unsecured | 1,444.26 | 2,908.55 |
| 5. | ECast Settlement Corp | Unsecured | 1,273.16 | 2,564.14 |
| 6. | Capital One | Unsecured | 2,062.46 | 4,153.53 |
| 7. | Chase Manhattan Mortgage Corp | Secured | | No Claim Filed |
| 8. | Wells Fargo Bank | Unsecured | | No Claim Filed |
| 9. | Bank Of America | Unsecured | | No Claim Filed |
| 10. | Capital One | Unsecured | | No Claim Filed |
| 11. | Fleet Credit Card Service | Unsecured | | No Claim Filed |
| 12. | ECast Settlement Corp | Unsecured | | No Claim Filed |
| 13. | Chase Advantage Credit | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 10,185.95 | $ 20,513.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 77.74 |
| 5.5% | 320.58 |
| 5% | 83.06 |
| 4.8% | 172.76 |
| 5.4% | 403.68 |
| 6.5% | 28.83 |
| | _____ |
| | $ 1,086.65 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Lauf, Mary N

Printed:  7/8/08

Case Number:  05 B 10508
Judge:  Squires, John H
Filed:  3/23/05

Based on the above information, the trustee requests that the court enter an order discharging
the trustee, releasing the trustee's surety from liability for actions relating to the above
proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: